IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GERARDO GOMEZ JIMENEZ                                                PLAINTIFF

v.                                      Case No. 5:13-CV-05161

DEPUTY D. LONG, in his individual and official
capacity                                                            DEFENDANT

## O R D E R

 Currently before the Court are the findings and recommendations (Doc. 16) filed in this case on April 9, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  No objections have been filed, and the time period for filing objections has passed.

 After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant's motion to dismiss (Doc. 10) is GRANTED, and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act.

 Judgment will be entered accordingly.

 IT IS SO ORDERED this 2nd day of June, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE